UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN HIRSCH,

                      Plaintiff,

      -against-

COLLÉ, HÖCHBERG & GREY LLC,

                      Defendant.

**ORDER**

18 Civ. 12311 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The parties are hereby ORDERED to submit a joint status letter by July 9, 2020.

Dated: New York, New York
       July 1, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge